**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 184 WAL 2014
:
            Respondent : 
: Petition for Allowance of Appeal from the
: Order of the Superior Court
       v. :
:
:
:
DERRICK DAWSON, :
:
            Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 16th day of October, 2014, the Petition for Allowance of Appeal is **DENIED**.